**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN LUKIANCZYK,<br><br>   Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; SAGEWELL HEALTHCARE BENEFITS TRUST, and Does 1 through 10, inclusive,<br><br>   Defendant. | Case No. 2:20-cv-00223-WBS-CKD<br><br>**ORDER DISMISSING SAGEWELL HEALTHCARE BENEFITS TRUST** |

The Court, having read the Joint Stipulation to Dismiss SAGEWELL HEALTHCARE BENEFITS TRUST, hereby grants the joint request by Plaintiff ROBIN LUKIANCZYK ("Plaintiff") and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life") (collectively, "Parties") to dismiss Sagewell Healthcare Benefits Trust ("the Plan") from this action without prejudice, with both Parties to bear their own attorneys' fees and costs directly related to the instant Stipulation and dismissal of the Plan. Unum Life shall remain the only named defendant in this case.

**IT IS SO ORDERED.**

**Dated: February 20, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE