1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ROBIN LUKIANCZYK, ) | Case No. 2:20-cv-00223-WBS-CKD |
| ) | |
| 12            Plaintiff, ) | **ORDER GRANTING STIPULATION RE** |
| ) | **STANDARD OF REVIEW** |
| 13        v. ) | |
| ) | |
| 14  UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA; SAGEWELL HEALTHCARE ) | |
| 15  BENEFITS TRUST, and Does 1 through 10, ) | |
| inclusive, ) | |
| 16 ) | |
| Defendant. ) | |
| 17 _____ ) | |

18

19        Based upon the Parties' Stipulation regarding the Standard of Review and finding good

20  cause therefore, IT IS HEREBY ORDERED that the Court has accepted the parties' stipulation and

21  will employ the *de novo* standard of review in this case.  This Order regarding the appropriate

22  standard of review is specifically limited to the facts and circumstances of this particular case.

23        **IT IS SO ORDERED.**

24  Dated:  June 3, 2020

25  _____

26  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

27
28

Case No.  2:20-cv-00223-WBS-CKD
ORDER GRANTING STIPULATION RE
STANDARD OF REVIEW

173985.1