# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LUKIANCZYK, | Case No. 2:20-cv-00223-WBS-CKD |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION RE TRIAL BRIEFING SCHEDULE** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; SAGEWELL HEALTHCARE BENEFITS TRUST, and Does 1 through 10, inclusive, | Judge:    William B. Shubb<br>Ctrm:    5, 14th Floor<br><br>Complaint Filed:    January 29, 2020 |
| Defendant. | |

Based upon the stipulation of the Parties, IT IS HEREBY ORDERED that the ERISA trial briefing schedule in this action is set as follows:

- Last Day to File Simultaneous Opening Trial Briefs:  October 13, 2020

- Last Day to File Simultaneous Responsive Trial Briefs:  November 3, 2020

All other dates and deadlines in this matter shall remain the same.

**IT IS SO ORDERED**.

Dated:  June 11, 2020

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE